ESTATE OF P. D. BECKWITH, INC., v. RILEY et al.

(District Court, N. D. Ohio, W. D. December 7, 1914.)

No. 27.

PATENTS ☞328—VALIDITY AND INFRINGEMENT—HEATING STOVE.

The Beckwith patent, No. 931,374, for improvement in heating stoves, is for a combination of old elements, but which, acting together, accomplish improved results, and discloses invention; also *held* infringed.

In Equity. Suit by the Estate of P. D. Beckwith, Incorporated, a corporation, against Zura Riley and others, for infringement of letters patent No. 931,374, for improvement in heating stoves, granted August 17, 1909, to Arthur K. Beckwith. On final hearing. Decree for complainant.

Harry C. Howard, of Kalamazoo, Mich., for complainant.

Bradford & Hood and Miller, Shirley & Miller, all of Indianapolis, Ind., for defendants.

KILLITS, District Judge. The court finds the three claims of the Beckwith patent in suit valid. The field undoubtedly is narrow, and the elements old, but they seem to have been brought together, through the application of definite mechanical skill, into such combination that they act substantially as one organization effecting a distinct improvement.

The defendants' structure infringes. Nathan v. Howard, 143 Fed. 889, 75 C. C. A. 97; Vrooman v. Penhollow, 179 Fed. 297, 102 C. C. A. 484.

---

☞For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes